UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KELLI COLSON,

    Plaintiff,

v.                                                    CASE NO. 3:24-cv-1303-SJH

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Commissioner's Unopposed Motion for Entry of Judgment with Remand ("Motion"). Doc. 17. In the Motion, the Commissioner requests that this action be reversed and remanded for further action consistent with the Motion under sentence four of 42 U.S.C. § 405(g). *Id.* at 1-2. Plaintiff does not oppose the relief requested in the Motion. *Id.* at 1. Upon consideration, the Motion is due to be granted.

Accordingly, it is **ORDERED**:

1.    The Motion (Doc. 17) is **granted**;

2.    The decision of the Commissioner is hereby **reversed** under sentence four of 42 U.S.C. § 405(g), and this case is **remanded** for further proceedings consistent with the Motion; and

3.    The Clerk is **directed** to enter judgment consistent with this Order and

pursuant to Rule 58 of the Federal Rules of Civil Procedure, terminate any motions, and close this case.

**DONE AND ORDERED** in Jacksonville, Florida, on May 2, 2025.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record